NO. 07-04-0445-CR



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL D



OCTOBER 7, 2004


______________________________



TRACY YOLANDA WARD, APPELLANT



V.



THE STATE OF TEXAS, APPELLEE


________________________________



FROM THE 320TH DISTRICT COURT OF POTTER COUNTY;



NO. 48,430-D; HONORABLE DON EMERSON, JUDGE



_______________________________



Before QUINN and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION


 Pending before this Court is appellant's motion to dismiss his appeal. Appellant and his
attorney both have signed the document stating that appellant withdraws his appeal. Tex. R. App.
P. 42.2(a). No decision of this Court having been delivered to date, we grant the motion. 
Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our
mandate will issue forthwith.

 James T. Campbell

 Justice


Do not publish.



a motion
for new trial. Notice of appeal was filed on February 6, 2004. 

LAW

 In a criminal case, appeal is perfected by timely filing a notice of appeal. Tex. R.
App. P. 25.2(b). The notice of appeal must be filed within 30 days after the day sentence
is imposed or after the day the trial court enters an appealable order, unless a timely
motion for new trial is filed. TRAP 26.2(a). The time for filing a notice of appeal may be
extended for 15 days under certain circumstances. TRAP 26.3. If the time for filing a
notice of appeal is to be extended, both a notice of appeal and a motion for extension of
time which complies with TRAP 10.5(b) must be filed within the 15 day period. TRAP 26.3; 
Olivo v. State, 918 S.W.2d 519, 523-25 (Tex.Crim.App. 1996). 

 An untimely-filed notice of appeal will not invoke the jurisdiction of the court of
appeals. See State v. Riewe, 13 S.W.2d 408, 411 (Tex.Crim.App. 2000). Thus, if an
appeal is not timely perfected, a court of appeals does not have jurisdiction to address the
merits of the appeal, and can take no action other than to dismiss the appeal. Slaton v.
State, 981 S.W.2d 208, 210 (Tex.Crim.App. 1998); Olivo, 918 S.W.2d at 523-25.


ANALYSIS AND CONCLUSION

 Appellant's notice of appeal was not timely filed. A motion to extend time to file the
notice of appeal was not filed. Accordingly, this court does not have jurisdiction over the
appeal. Slaton, 981 S.W.2d at 210; Olivo, 918 S.W.2d at 523. 

 The appeal is dismissed for want of jurisdiction. Tex. R. App. P. 39.8, 40.2, 43.2. 


 Phil Johnson

 Chief Justice




Do not publish.